IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JASON VORSE,<br><br>               Defendant. | 4:25CR3035<br><br>ORDER |

    Plaintiff has moved to continue the deadline to object to the Magistrate Judge's findings and recommendations (Filing No. 38). The motion to continue (Filing No. 39) is unopposed. Based upon the showing set forth in the motion, the Court finds good cause has been shown and the motion should be granted. Accordingly,

    IT IS ORDERED:

1)    Plaintiff's motion to continue, (Filing No. 39), is granted.

2)    Any response brief to Magistrate Judge's findings and recommendations (Filing No. 38) shall be filed on or before January 20, 2026.

3)    The Court finds that that the ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and January 20, 2026 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice and would unreasonably deny defendant continuity of counsel. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 15th day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge